IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN MCLAUGHLIN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 10-0353** |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | |

## ORDER

**AND NOW,** this 24th day of August, 2010, upon consideration of Plaintiff's Motion in Support of Request for Review (Document No. 8), the defendant's response (Document No. 9), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Document No. 12), no objections having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**; and

    2.    The plaintiff's request for review is **GRANTED**.

    3.    The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Carol Sandra Moore Wells .

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.